**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

Plaintiff(s) AARON MAY,

v.

Defendant(s) NEDRA CHANDLER, etal

Case Number: 08 C 50095

Judge Kapala

FILED

MAY 30 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Aaron May, declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I have written several attorneys and they have refused to accept my case.

3. In further support of my motion, I declare that (check appropriate box):

☐ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Aaron May
Movant's Signature

2600 NORTH BRINTON AVE.
Street Address

DIXON, ILLINOIS, 61021
City/State/Zip

Date: ____________

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge Frederick J. Kapala | Case Number 06 C 50119 |
|---|---|
| Case Title Aaron May vs. Transcoso, et al. | |
| Appointed Attorney's Name GREGORY L. WAGGONER & CHRISTIAN T. LADEN | THE WAGGONER LAW FIRM, P.C. FOUR NORTH WALKUP AVENUE, CRYSTAL LAKE, ILLINOIS 60014 |
| If case is still pending, please check box: ☑ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |